**Exhibit A to the Complaint**

**Location:** Silver Spring, MD
**Total Works Infringed:** 44

**IP Address:** 71.191.53.66
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 9FABAA8032C69E202ECED8FF3198AF7BAC0EB395 | Blacked | 10/12/2017 09:09:57 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 07/15/2017 07:53:23 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 0326E8923C58852725F5A7857833A4CD3E715289 | Tushy | 05/23/2017 06:10:19 | 05/06/2017 | 06/15/2017 | 15389210313 |
| 4 | 039F4779148D3E374D990283A83AC46A0219DAE9 | Vixen | 05/23/2017 07:16:40 | 04/19/2017 | 06/15/2017 | 15389210409 |
| 5 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 05/23/2017 07:42:02 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 6 | 1D33325B57A901F28A7E62799C15D8A5097F2410 | Tushy | 05/23/2017 07:05:05 | 04/21/2017 | 06/15/2017 | PA0002037584 |
| 7 | 2A5C5AE6753230BF42C5ED6DAD979DC1FCBF8EE9 | Blacked | 09/03/2017 17:46:56 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 8 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 07/08/2017 06:09:01 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 9 | 35A71E46823959EC9E4F00CEF21806AB7A0FC471 | Tushy | 05/23/2017 06:43:21 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 10 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 09/19/2017 13:41:09 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 11 | 47BF158F64C12785E111714AF9A6D0C692778D77 | Blacked | 10/12/2017 21:39:35 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 12 | 4BAFD5ED68B2CF55225D8621D9D2D315ACD25C05 | Vixen | 07/06/2017 01:05:17 | 06/23/2017 | 07/06/2017 | 15584691541 |
| 13 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 10/13/2017 06:23:34 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 14 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | Blacked | 10/12/2017 21:29:21 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 15 | 530E54D481D7BE087FF8875651364C015974E71E | Tushy | 05/23/2017 06:13:54 | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 16 | 57265592C5C5250306EC4D4BB6CE2E5CAC8E09C5 | Tushy | 09/16/2017 12:31:36 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 17 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 07/14/2017 | 06/15/2017 | 07/06/2017 | 15583057198 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| | | | 22:53:19 | | | |
| 18 | 7791DC7179F9F188421E3A5717EB3454762A2897 | Tushy | 09/16/2017 12:36:19 | 08/29/2017 | 09/07/2017 | 15894022439 |
| 19 | 78F5DACFBD414605C47BD190F5C421E65F70B396 | Tushy | 07/15/2017 07:42:24 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 20 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 09/09/2017 20:58:43 | 06/28/2017 | 07/06/2017 | 15584691463 |
| 21 | 88EDD4A5B85427C95D1D5E565FE29845E938A31C | Vixen | 07/08/2017 04:22:29 | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 22 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 09/14/2017 04:21:22 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 23 | 9173A8B174205520944B72A79E7D8AC25CF447E2 | Vixen | 10/12/2017 15:37:07 | 10/06/2017 | 10/22/2017 | 15918925981 |
| 24 | 992FDDD2DE50632349443D9DA5DE56C05C7BE204 | Blacked | 07/08/2017 06:05:31 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 25 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 10/12/2017 21:28:10 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 26 | 9E77DF7FCCB30D04DC6500C39CC3EF0AA2B48257 | Blacked | 10/12/2017 14:23:19 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 27 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | Blacked | 07/15/2017 06:02:19 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 28 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 09/03/2017 17:45:56 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 29 | ABDFB02F5D20E29C32ABCE90A8478787DDA3C11D | Tushy | 07/14/2017 22:54:22 | 06/10/2017 | 07/06/2017 | 15583057070 |
| 30 | AE6A89DD0FB4978EAC561028F9FB06AA0A8D7E6A | Tushy | 05/23/2017 06:43:08 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 31 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 10/12/2017 21:18:30 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 32 | B707512E8E5AFBF298A9B9F8654E2BB535D1CCE7 | Vixen | 09/13/2017 20:21:56 | 09/11/2017 | 09/20/2017 | PA0002052839 |
| 33 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 05/23/2017 10:51:31 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 34 | BAA7B8089232BC415709647F4273DB4B273E824D | Tushy | 05/23/2017 07:12:14 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 35 | BD20A2B3640B044D5293D4ED70B33D22882C170C | Vixen | 07/19/2017 08:35:16 | 07/18/2017 | 08/10/2017 | PA0002046875 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 36 | C4D962D93D3A28A8A1E03974E4AB29F4BF9E8331 | Vixen | 07/11/2017 22:50:02 | 06/08/2017 | 07/06/2017 | 15584691637 |
| 37 | C8EFA09EF1CAEC72B25969BB84371884337D26B7 | Vixen | 07/19/2017 08:18:59 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 38 | C9F5FFAFF3300D5747CED9D189A7E77D46F4A0A6 | Blacked | 10/12/2017 14:38:01 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 39 | CF7373B976BF078DBB9CE0871213D8469D84358D | Tushy | 10/12/2017 13:07:47 | 10/03/2017 | 10/10/2017 | 15894022537 |
| 40 | E7037BA476F407A6B0A7AB5C58A69341F30EF6B6 | Vixen | 07/08/2017 07:44:19 | 06/18/2017 | 07/06/2017 | 15584691891 |
| 41 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 07/06/2017 02:16:46 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 42 | EDAA460FA5995B02EF111997AAC1E210CA5669F6 | Tushy | 05/23/2017 08:23:16 | 04/06/2017 | 06/05/2017 | PA0002050769 |
| 43 | FD44EDB24CBD0DBFDF7E9F7D0E6A3B4451EDE702 | Vixen | 10/12/2017 20:39:29 | 09/21/2017 | 09/28/2017 | 15894022962 |
| 44 | FD622BCB0843A8B0A5C4FAAD98CA90F0DC55A559 | Blacked | 10/12/2017 20:39:22 | 09/22/2017 | 10/02/2017 | PA0002057455 |