UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JOHN DOE subscriber assigned IP address  )<br>71.191.53.66,  )<br>  )<br>    Defendant.  )<br>_____) | Civil Case No. 8:18-cv-00400-PX |

**PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), makes this *ex-parte* application for entry of an order extending the time within which to effectuate service on John Doe Defendant, and states:

1. This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

2. On March 9, 2018, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP to obtain the Defendant's identifying information [CM/ECF 5]. Plaintiff issued the subpoena on or about March 16, 2018 and received the ISP's response on or about May 8, 2018.

3. Plaintiff is currently investigating whether the individual identified by the ISP is the appropriate defendant for this action before attempting to serve process on that individual.

4. Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effectuate service on the Defendant no later than May 9, 2018.

5. Procedurally, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended an additional sixty

1

(60) days from May 9, 2018 (the current deadline to effect service) and thus the deadline to effect service be extended to July 8, 2018.

      6.      This application is made in good faith and not for the purpose of undue delay.

      7.      This is Plaintiff's first request for an extension. None of the parties will be prejudiced by the granting of this extension.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until July 8, 2018. A proposed order is attached for the Court's convenience.

Dated: May 9, 2018

      Respectfully submitted,

      By: __/s/ *Jessica Haire*__
      Jessica Haire, Esq. (20252)
      jhaire@foxrothschild.com
      Fox Rothschild LLP
      1030 15th Street, NW
      Suite 380 East
      Washington, DC 20005
      Tel.: (202) 461-3100
      Fax: (202) 461-3102
      www.foxrothschild.com